UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

SANRIO COMPANY, LTD. AND SANRIO, INC.,

                  Plaintiffs,

      - against -             ORDER

TENG FEI TRADING, INC.,         CV 2004-5430 (NG)(MDG)

                  Defendant.

- - - - - - - - - - - - - - - - - - -X

     By letter dated February 22, 2006, plaintiffs moved to compel responses to an interrogatory. No opposition having been filed and this Court finding that information regarding the financial condition of defendant Teng Fei Trading, Inc. is indeed relevant to the determination of damages in this infringement action, as noted in the application, the motion is granted.

     In addition, this Court agrees with plaintiffs that the answers provided must be verified by an authorized officer of defendant. Rule 33(b)(1) of the Federal Rules of Civil Procedure specifies that interrogatories be answered under oath while Rule 33(b)(2) requires that answers be signed by the party while objections are signed by counsel. See Morin v. Nationwide Federal Credit Union, 229 F.R.D. 364, 269 (D.Conn. 2005).

CONCLUSION

     Defendant Teng Fei Trading Co., Inc. must answer interrogatory 7 and provide a verification for all of its interrogatory answers by March 23, 2006.

     **SO ORDERED.**

Dated:     Brooklyn, New York
           March 9, 2006

                        /s/_____
                        MARILYN D. GO
                        UNITED STATES MAGISTRATE JUDGE