UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANRIO COMPANY, LTD. and SANRIO,
INC.,

      Plaintiffs,

- against -

TENG FEI TRADING INC., ET AL.,

      Defendants.
------------------------------------------------------------X

**ORDER**

CV-04-5430 (BMC)(MDG)

COGAN, District Judge.

The Court has reviewed the Report and Recommendation [47] of Magistrate Judge Go, to which no objections have been filed. The Court adopts the Report and Recommendation, strikes the defendant's answer for failure to appear by an attorney and failure to obey court orders, and directs the Clerk to enter a default against defendant Teng Fei Trading, Inc. Plaintiff is directed to move for a default judgment pursuant to a schedule that Judge Go will set, and that motion is referred to her for an inquest.

Dated: Brooklyn, New York
   November 2, 2006

      /s/(BMC)
      _____
       U.S.D.J.